**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOUGLAS R. DOLLINGER, individually, and THE LAW OFFICES OF DOUGLAS R. DOLLINGER, P.C.,<br><br>Plaintiffs,<br><br>-against-<br><br>FRANK C. GILMORE, ESQ.; THE GILMORE LAW GROUP PLLC; EMELIA BAER CELLURA, individually and as Trustee of the JOSEPH R. CELLURA LIVING TRUST, if any, and doing business as HALF CRAZY MAMA; FLOCK PRESENTS, LLC; MOLLY M. LEGOY, ESQ., as Special Administrator of the ESTATE OF JOSEPH R. CELLURA; THE JOSEPH R. CELLURA LIVING TRUST, if any; MALIBU55, INC.; JOHN DOE TRUSTS 1–5, and JOHN DOE TRUSTEES 1–5,<br><br>Defendants,<br><br>-and-<br><br>ADMI, INC., TARSIN MOBILE, INC.; SIR INC.; and GLOBAL BRANDS CAPITAL CORP.,<br><br>Necessary Parties. | **Case No. 7:26-cv-07273**<br><br>**NOTICE OF VOLUNTARYDISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiffs Douglas R. Dollinger, individually, and The Law Offices of Douglas R. Dollinger, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss this action in its entirety, without prejudice, as against all Defendants and Necessary Parties.

Dated: November 9, 2026
Middletown, New York

So Ordered.
11/10/26

Respectfully submitted,

*Douglas R. Dollinger, Esq.*

Douglas R. Dollinger, Esq.
Plaintiff individually and attorney for
The Law Offices of Douglas R. Dollinger, P.C.
570 County Route 49
Middletown, New York 10940
Telephone: (845) 741-9363
Email: ddollingeresq@gmail.com